### KREKLER v. KENT CIRCUIT JUDGE.

MANDAMUS—QUESTION OF FACT—AFFIDAVITS.

A question of fact raised on a motion to quash a writ of *capias,* and tried on affidavits, will not be reviewed on *mandamus.*

*Mandamus* by Albert Krekler to compel Willis B. Perkins, circuit judge of Kent county, to quash a writ of *capias ad respondendum.* Submitted November 10, 1903. (Calendar No. 20,190.) Writ denied November 17, 1903.

*Kingsley & Wicks* (*King, Lowry & King,* of counsel), for relator.

*Rodgers & Rodgers,* for respondent.

PER CURIAM.    *Mandamus* to compel the circuit judge to quash a writ of *capias ad respondendum.*

The writ is denied:

1. Because the affidavit for *capias* states a cause of action.

2. The question of privilege was tried on affidavits, which were contradictory, and raised a question of fact. The circuit judge passed upon this question of fact, and we cannot review his decision.    The rule is the same as though issues had been settled and tried, or raised by a plea in abatement.